REDACTED

JS 45 (11/2002)

**Criminal Case Cover Sheet**  **U.S. District Court**

| Place of Offense: | Under Seal: Yes ☐  No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:25-cr- |
| County/Parish: | Same Defendant: | New Defendant: YES |
| | Magistrate Judge Case Number | Arraignment Date: 1/22/2025@2:30PM |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of ____. | |

**Defendant Information:**

| Juvenile: Yes ☐  No ☒ | FBI#: | US Marshal # |
|---|---|---|
| Defendant Name: Chesapeake Regional Medical Center |  | Alias Name(s): a/k/a Chesapeake General Hospital, a/k/a Chesapeake Regional HealthCare |

Address: [REDACTED]

| Birth Date: | SS#: | Sex: | Race: | Nationality: | Place of Birth: |
|---|---|---|---|---|---|
| Height: ' " | Weight: | Hair: | Eyes: | Scars/Tattoos: | |

Interpreter: Yes ☐  No ☒   List Language and/or dialect:

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody :             ☐ On Pretrial Release          ☐ Not in Custody
☐ Arrest Warrant Requested             ☐ Fugitive                              ☐ Summons Requested
☐ Arrest Warrant Pending                  ☐ Detention Sought                ☐ Bond

**Defense Counsel Information:**

| Name: Nick Oberheiden | ☐ Court Appointed |
|---|---|
| Address: Oberheiden PC<br>440 LOUISIANA STREET, STE 200 HOUSTON, TX 77002 | ☒ Retained |
| Telephone: 310) 873-8140 | ☐ Public Defender |
| Email: nick@federal-lawyer.com | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |

**U.S. Attorney Information:**

| AUSA: Rebecca Gantt | Telephone No. 757-441-6331 | Bar #: |
|---|---|---|
| AUSA: Elizabeth Yusi | Telephone No. 757-441-6331 | Bar #: |

**Complainant Agency, Address & Phone Number or Person & Title:**

Special Agent Danita Lopes  Defense Criminal Investigative Services CIS 200 Granby Street, Suite 412 Norfolk, Va. 23510

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Defraud the United States and Interfere with Government Functions | 1 | Felony |
| Set 2 | 18 U.S.C. §§ 1347 & 2 | Health Care Fraud | 2 | Felony |
| | | Criminal Forfeiture | | |