FILED: August 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-4013
(2:25-cr-00001-EWH-RJK-1)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

CHESAPEAKE REGIONAL MEDICAL CENTER, a/k/a Chesapeake General Hospital, a/k/a Chesapeake Regional Healthcare

Defendant - Appellant

---

O R D E R

---

Upon consideration of the joint motion for abeyance, the court grants the motion and places this case in abeyance pending the parties' negotiation and potential finalization of a Deferred Prosecution Agreement ("DPA"), and pending the government's victim consultation with victims regarding the same.

The parties shall file a status report on September 28, 2026, and every thirty days thereafter, and shall notify the court immediately when the DPA is finalized.

For the Court

/s/ Nwamaka Anowi, Clerk